```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

LOUISE MCDONALD,

                Plaintiff,

vs.                                    Case No. 2:06-cv-273-FtM-29SPC

AMERICAN SECURITY INSURANCE COMPANY,

  &nbsd;             Defendant.
_____

## **OPINION AND ORDER**

This matter comes before the Court on defendant's Objection to Order of Magistrate Judge Granting Plaintiff's Motion for Leave to File Amended Complaint and Response to Plaintiff's Motion for Leave to Amend Complaint (Doc. #25), filed on August 29, 2006. No response has been filed and the time to do so has now expired.

The Complaint (Doc. #2) was originally filed in the Twentieth Judicial Circuit Court, in and for Lee County, Florida, on April 14, 2006, and subsequently removed to federal court on May 26, 2006, on the basis of diversity. The parties agreed to deadlines and a Case Management and Scheduling Order (Doc. #12) was entered reflecting the relevant deadline of August 14, 2006, to add parties or amend pleadings. On August 2, 2006, plaintiff filed a Motion for Leave to File Amended Complaint (Doc. #14), and on August 11, 2006, the Magistrate Judge granted defendant an extension of time to respond to the motion up to and including August 24, 2006. On August 16, 2006, the Magistrate Judge found that the motion for

leave to amend was timely, was not made for undue delay, in bad faith, unduly prejudicial, or futile, and granted the motion. The Amended Complaint (Doc. #20) was filed on August 16, 2006.

Since defendant filed objections to the District Court, rather than seeking reconsideration, the undersigned will address the matter. Upon review of the objections, the Court finds that the motion should not have been resolved until after the August 24, 2006, deadline for defendant to respond. Therefore, the Order (Doc. #18) is vacated and the Amended Complaint filed on August 16, 2006, is stricken. The Court will consider the objections in now deciding the motion.

Upon review of plaintiff's motion for leave to amend, the Court finds that the amendment would not be futile. Under Florida Statute Section 768.72(1), a claimant may move to amend the complaint to assert a claim for punitive damages. Additionally, "a Florida plaintiff in federal court because of diversity jurisdiction need not obtain leave of court before pleading a request for punitive damages." Cohen v. Office Depot, Inc., 204 F.3d 1069, 1072 (11th Cir. 2000)(citing Cohen v. Office Depot, Inc., 184 F.3d 1292, 1295-99 (11th Cir. 1999)("Cohen I")). To the extent that defendant argues lack of standing to bring suit; mootness; and failure to state a claim for punitive damages, the Court finds that these matters are more appropriately addressed in conjunction with a motion to dismiss.

Accordingly, it is now

**ORDERED:**

1. The Order (Doc. #18) granting leave to amend the Complaint is **vacated** and the Amended Complaint (Doc. #20), filed on August 16, 2006, is **stricken.**

2. Defendant's Amended Answer to Plaintiff's Amended Complaint (Doc. #24) is **stricken** as the Amended Complaint has been stricken.

3. Upon consideration of defendant's Objection to Order of Magistrate Judge Granting Plaintiff's Motion for Leave to File Amended Complaint and Response to Plaintiff's Motion for Leave to Amend Complaint (Doc. #25), plaintiff's Motion for Leave to File Amended Complaint (Doc. #14) is **GRANTED.**

4. The Clerk shall file a copy of the Amended Complaint as of the date of this Opinion and Order.

5. Defendant shall answer or otherwise respond to the Amended Complaint within **TWENTY (20) DAYS** of the date of this Opinion and Order.

**DONE AND ORDERED** at Fort Myers, Florida, this __13th__ day of September, 2006.

_/s/ John E. Steele_
JOHN E. STEELE
United States District Judge

Copies:
Hon. Sheri Polster Chappell
Counsel of record